**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-1066**

---

WILLIAM H. BRAMBLE, SR.,

Plaintiff - Appellant,

versus

TOGO D. WEST, JR., Secretary of the Army;
UNITED STATES OF AMERICA,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, District Judge.
(CA-95-2698-WMN)

---

Submitted:  April 17, 1997          Decided:  April 30, 1997

---

Before NIEMEYER and WILLIAMS, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

William H. Bramble, Sr., Appellant Pro Se.  George Levi Russell,
III, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing Appellant's civil action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Bramble v. West, No. CA-95-2698-WMN (D. Md. Dec. 17, 1996). We further find that the district court did not abuse its discretion in denying Appellant's motion for relief from judgment and various motions for reconsideration. See Collision v. International Chem. Workers Union, 34 F.3d 233, 236 (4th Cir. 1994); United States v. Williams, 674 F.2d 310, 312 (4th Cir. 1982). Appellant's motion to issue a subpoena is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2